UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

BKY  10-37568

Patricia A. Kaufmann,

**NOTICE OF SETTLEMENT**

Debtor.

_____

TO:    United States Trustee, all creditors and other parties in interest.

On September 10, 2012 (21 days from date of Notice), or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor(s) named above will settle a controversy as follows:

Trustee commenced an action against Kinsella Enterprise, Inc. d/b/a Red's Savoy Pizza (ADV 11-03277). As a result of that action Trustee obtained a judgment for the sum of $12,432.73. Trustee has taken several steps to attempt to collect this judgment including docketing it in state court.  After many efforts Trustee finally was able to convince the principal of this company to pay the sum of $6,000.00, $5,000.00 down and $1,000 in thirty days in full settlement of the claim. Trustee's information is that due to the financial condition of the company such an offer was appropriate.

**OBJECTION; MOTION; HEARING**.  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| US Courthouse | 1015 US Courthouse | (see below) |
| 316 North Robert St., Ste 200 | 300 Fourth Ave. So. | |
| St. Paul, MN  55101 | Minneapolis, MN  55415 | |

Dated:  August 20, 2012                  _____/e/ John A. Hedback_____
John A. Hedback, Trustee
2855 Anthony Lane South, Suite 201
St. Anthony, MN  55418
(612) 436-3280